UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM NELSON,

Plaintiff,

vs.

SNOHOMISH COUNTY, a political subdivision of the State of Washington; SNOHOMISH COUNTY PROSECUTOR'S OFFICE; JASON CUMMINGS, individually and in his official capacity as Snohomish County Prosecuting Attorney; and MICHAEL C. HELD, individually and in his official capacity as Chief of Staff, Snohomish County Prosecutor's Office,

Defendants.

NO. 2:26-cv-00776-JCC

NOTICE OF APPEARANCE FOR DEFENDANTS SNOHOMISH COUNTY, SNOHOMISH COUNTY PROSECUTOR'S OFFICE, JASON CUMMINGS AND MICHAEL HELD

(CLERK'S ACTION REQUIRED)

TO:        WILLIAM NELSON, Plaintiff

AND TO:        CLERK OF THE COURT

PLEASE TAKE NOTICE that the above-named Defendants, Snohomish County, Snohomish County Prosecutor's Office, Jason Cummings and Michael Held do hereby appear in the above-entitled action through the undersigned attorneys, without waiving objection to lack of

NOTICE OF APPEARANCE FOR DEFENDANTS - 1
(USDC 2:26-cv-00776-JCC)

**SNOHOMISH COUNTY**
**PROSECUTING ATTORNEY - CIVIL DIVISION**
**Robert J. Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

jurisdiction over the person, insufficiency of process, insufficiency of service of process, or improper venue.  You are requested to serve all pleadings and other papers, except original process, upon the undersigned attorney at the address given below:

DATED this 31st day of March, 2026.

JASON J. CUMMINGS
Snohomish County Prosecuting Attorney

By: */s/Christopher D. Lee*
CHRISTOPHER D. LEE, WSBA #58645
Deputy Prosecuting Attorney
Snohomish County Prosecuting Attorney-Civil Div.
3000 Rockefeller Avenue, M/S 504
Everett, Washington 98201-4060
Phone: (425) 388-6330  /  Fax: (425) 388-6333
Email: Christopher.lee@co.snohomish.wa.us

JASON J. CUMMINGS
Snohomish County Prosecuting Attorney

By: */s/Geoffrey A. Enns*
GEOFFREY A. ENNS, WSBA #40682
Deputy Prosecuting Attorney
Snohomish County Prosecuting Attorney-Civil Div.
3000 Rockefeller Avenue, M/S 504
Everett, Washington 98201-4060
Phone: (425) 388-6330  /  Fax: (425) 388-6333
Email: geoffrey.enns@co.snohomish.wa.us

NOTICE OF APPEARANCE FOR DEFENDANTS - 2
(USDC 2:26-cv-00776-JCC)

**SNOHOMISH COUNTY**
**PROSECUTING ATTORNEY - CIVIL DIVISION**
**Robert J. Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333

## DECLARATION OF SERVICE

I declare that I am an employee of the Civil Division of the Snohomish County Prosecuting Attorney, and that on the 31st day of March, 2026, I caused to be served this **Notice of Appearance of Defendants Snohomish County, Snohomish County Prosecutor's Office, Jason Cummings and Michael Held** on the following party by the method indicated:

| | |
|---|---|
| William Nelson | ☐ E-Served via CM/ECF |
| 1523 132nd St. SE, Ste. C418 | ☒ Email |
| Everett, WA  98208 | ☒ U.S. Mail |
| william@seattleseahawks.me | ☐ Hand Delivery |
| *Plaintiff, Pro se* | ☐ Messenger Service |

I declare under the penalty of perjury of the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this 31st day of March, 2026.

*s/Teresa Kranz*_____
Teresa Kranz, Legal Assistant

NOTICE OF APPEARANCE FOR DEFENDANTS - 3
(USDC 2:26-cv-00776-JCC)

**SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333