Case Nos: 2:26-cv-00776-JCC; 2:26-cv-00337-KKE; 3:25-cv-05551-DGE

Filed on behalf of: William J. Nelson, Plaintiff Pro Se



FILED
LODGED
RECEIVED **MAIL**

APR 06 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY
DEPUTY