Case Nos: 2:26-cv-00776-JCC; 2:26-cv-00337-KKE; 3:25-cv-05551-DGE



FILED
LODGED    MAIL
RECEIVED

APR 06 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

United States District Court
Western District of Washington
Clerk's Office
700 Stewart Street, Suite 2310
Seattle, WA 98101