THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM NELSON, *et al.*,

               Plaintiffs,

   v.

SNOHOMISH COUNTY, *et al.*,

               Defendants.

CASE NO. C26-0776-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On March 1, 2026, Plaintiff filed a declaration and application to proceed *in forma pauperi*s, along with a proposed complaint, various exhibits, and a motion for the appointment of counsel. (Dkt. No. 1, 1-1–1-7.) The Clerk issued notices of filing deficiencies, giving Plaintiff until April 10, 2026, to correct identified deficiencies before any *in forma pauperis* application could be considered. (Dkt. Nos. 3, 5.) Plaintiff made voluminous filings in response (Dkt. Nos. 7–9), none of which cure the identified deficiencies. Plaintiff must strictly comply with the Court's requirements before it will consider a case brought by Plaintiff *in forma pauperis*.

Thus, the Court DIRECTS the Clerk to CLOSE this case.

MINUTE ORDER
C26-0776-JCC
PAGE - 1

So DATED this 29th day of April 2026.

<u>Joshua C. Lewis</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk

MINUTE ORDER
C26-0776-JCC
PAGE - 2